AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**SEALED**

United States of America
v.
ARISMENDY GIL-PADILLA, a/k/a "Flow"

Defendant

Case No. 19cr10425

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Arismendy Gil-Padilla, a/k/a "Flow",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearm by Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).
Distribution and Possession with Intent to Distribute Forty (40) grams or More of Fentanyl and Cocaine, in violation of 21 U.S.C. § 841(a)(1).

Date: 11/6/19

_____
Issuing officer's signature

Carolina DaSilva, Deputy Clerk
Printed name and title

City and state: Boston, MA

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title